1 | E<small>DMUND</small> G. B<small>ROWN</small> J<small>R</small>.
Attorney General of California
2 | C<small>ONSTANCE</small> L. L<small>E</small>L<small>OUIS</small>
Supervising Deputy Attorney General
3 | D<small>ANIEL</small> J. P<small>OWELL</small>
Deputy Attorney General
4 | State Bar No. 230304
  455 Golden Gate Avenue, Suite 11000
5 | San Francisco, CA  94102-7004
  Telephone:  (415) 703-5830
6 | Fax:  (415) 703-1234
  E-mail:  Daniel.Powell@doj.ca.gov
7 | *Attorneys for Defendants Edmund G. Brown Jr.,
Attorney General of California, and Eva*
8 | *Steinberger, Assistant Bureau Chief for DNA
Programs, California Department of Justice*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **ELIZABETH AIDA HASKELL and REGINALD ENTO, on behalf of themselves and others similarly situated,**<br><br>Plaintiffs,<br><br>v.<br><br>**EDMUND G. BROWN, JR., Attorney General of California; EVA STEINBERGER, Assistant Bureau Chief for DNA Programs, California Department of Justice; and MICHAEL HENNESSEY, Sheriff, San Francisco County,**<br><br>Defendants. | 09-cv-04779-CRB<br><br>[~~PROPOSED~~] ORDER EXTENDING TIME TO FILE RESPONSIVE PLEADING AND SETTING BRIEFING SCHEDULE<br><br>Courtroom: 8, 19th Floor<br>Judge:     The Honorable Charles R. Breyer<br><br>Action Filed:  October 7, 2009 |

1

1   Pursuant to the Stipulation between Plaintiffs Elizabeth Aida Haskell and Reginald Ento, on behalf of themselves and others similarly situated (Plaintiffs); and Defendants Edmund G. Brown Jr., Attorney General of California and Eva Steinberger, Assistant Bureau Chief for DNA Programs, California Department of Justice (State Defendants), it is hereby ORDERED that:

 1. State Defendants shall have until November 23, 2009 to file a responsive pleading or Motion to Dismiss in this case.

 2. If the State Defendants file a Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6), Plaintiffs shall have until December 14, 2009 to file an Opposition to such motion.  State Defendants shall have until December 21, 2009 to file a Reply in support of any such motion.

 3. The hearing on the Motion to Dismiss will take place on January 8, 2010.

Dated:  October 29, 2009

_____
Hon. Charles R. Breyer
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer

SA2009102748
20230828.doc