PETER C. MEIER (SB# 179019) petermeier@paulhastings.com
ERIC A. LONG (SB# 244147) ericlong@paulhastings.com
KATHARINE CHAO (SB# 247571) katharinechao@paulhastings.com
SARAH O. CHANG (SB# 257921) sarahchang@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA 94105-3441
Telephone: (415) 856-7000
Facsimile: (415) 856-7100

MICHAEL T. RISHER (SB# 191627) mrisher@aclunc.org
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF
  NORTHERN CALIFORNIA, INC.
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437

Attorneys for Plaintiffs
ELIZABETH AIDA HASKELL and REGINALD ENTO,
on behalf of themselves and others similarly situated

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH AIDA HASKELL and REGINALD ENTO, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>EDMUND G. BROWN, JR., Attorney General of California; EVA STEINBERGER, Assistant Bureau Chief for DNA Programs, California Department of Justice; and MICHAEL HENNESSEY, Sheriff, San Francisco County,<br><br>Defendants. | Civil Case No. 09-4779 CRB<br><br>[PROPOSED] ORDER GRANTING STIPULATION BETWEEN PLAINTIFFS AND DEFENDANT HENNESSEY ON SCOPE OF ANY PRELIMINARY INJUNCTIVE RELIEF<br><br>**CLASS ACTION** |

1   Pursuant to the Stipulation, and for good cause shown, of Plaintiffs Elizabeth Aida
2   Haskell and Reginald Ento, on behalf of themselves and others similarly situated (Plaintiffs), and
3   Defendant Michael Hennessey, Sheriff for the County of San Francisco (Defendant Hennessey),
4   by and through their counsel, it is hereby **ORDERED** that any relief the Court grants when ruling
5   on Plaintiffs' forthcoming Motion for Preliminary Injunction shall apply to the named Plaintiffs
6   as well as to all persons who are, or will be, compelled to submit to the search and seizure of their
7   body tissue and DNA under Cal. Penal Code § 296(a)(2)(C) solely by reason of the fact that they
8   have been arrested for, or charged with, a felony offense.

10   **IT IS SO ORDERED.**

13   DATED: ___October 30__, 2009

_____
HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer

18   LEGAL_US_W # 63067563.1

CASE NO. CV 09-4779 CRB     -1-     [PROPOSED] ORDER GRANTING STIPULATION
                                    REGARDING RELIEF - PLS./HENNESSEY