PETER C. MEIER (SB# 179019) petermeier@paulhastings.com
ERIC A. LONG (SB# 244147) ericlong@paulhastings.com
KATHARINE CHAO (SB# 247571) katharinechao@paulhastings.com
SARAH O. CHANG (SB# 257921) sarahchang@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA  94105-3441
Telephone:  (415) 856-7000
Facsimile:  (415) 856-7100

MICHAEL T. RISHER (SB# 191627) mrisher@aclunc.org
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF
   NORTHERN CALIFORNIA, INC.
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437

Attorneys for Plaintiffs
ELIZABETH AIDA HASKELL and REGINALD ENTO,
on behalf of themselves and others similarly situated

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH AIDA HASKELL and REGINALD ENTO, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>EDMUND G. BROWN, JR., Attorney General of California; EVA STEINBERGER, Assistant Bureau Chief for DNA Programs, California Department of Justice; and MICHAEL HENNESSEY, Sheriff, San Francisco County,<br><br>Defendants. | Civil Case No.  09-4779 CRB<br><br>**[PROPOSED] ORDER GRANTING STIPULATION ON SCOPE OF ANY PRELIMINARY INJUNCTIVE RELIEF**<br><br>**CLASS ACTION** |

Pursuant to the Stipulation, and for good cause shown, Plaintiffs Elizabeth Aida Haskell and Reginald Ento, on behalf of themselves and others similarly situated (Plaintiffs); and Defendants Edmund G. Brown Jr., Attorney General of California and Eva Steinberger, Assistant Bureau Chief for DNA Programs, California Department of Justice (State Defendants), by and through their counsel, it is hereby **ORDERED** that any relief the Court grants when ruling on Plaintiffs' forthcoming Motion for Preliminary Injunction shall apply to the named Plaintiffs as well as to all persons who are, or will be, compelled to submit to the search and seizure of their body tissue and DNA under Cal. Penal Code § 296(a)(2)(C) solely by reason of the fact that they have been arrested for, or charged with, a felony offense.

**IT IS SO ORDERED.**

DATED: _October 30___, 2009

_____
HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LEGAL_US_W # 63052743.2