| | |
|---|---|
| 1 | PETER C. MEIER (SB# 179019) petermeier@paulhastings.com |
| 2 | ERIC A. LONG (SB# 244147) ericlong@paulhastings.com |
|   | KATHARINE CHAO (SB# 247571) katharinechao@paulhastings.com |
| 3 | SARAH O. CHANG (SB# 257921) sarahchang@paulhastings.com |
|   | PAUL, HASTINGS, JANOFSKY & WALKER LLP |
| 4 | 55 Second Street |
|   | Twenty-Fourth Floor |
| 5 | San Francisco, CA 94105-3441 |
|   | Telephone: (415) 856-7000 |
| 6 | Facsimile: (415) 856-7100 |

MICHAEL T. RISHER (SB# 191627) mrisher@aclunc.org
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF
  NORTHERN CALIFORNIA, INC.
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437

Attorneys for Plaintiffs
ELIZABETH AIDA HASKELL and REGINALD ENTO,
on behalf of themselves and others similarly situated

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH AIDA HASKELL and REGINALD ENTO, on behalf of themselves and others similarly situated, | Civil Case No. 09-4779 CRB |
| Plaintiffs, | [PROPOSED] ORDER GRANTING STIPULATION BETWEEN PLAINTIFFS AND DEFENDANT HENNESSEY EXTENDING TIME TO FILE RESPONSIVE PLEADING AND SETTING BRIEFING SCHEDULE |
| vs. | |
| EDMUND G. BROWN, JR., Attorney General of California; EVA STEINBERGER, Assistant Bureau Chief for DNA Programs, California Department of Justice; and MICHAEL HENNESSEY, Sheriff, San Francisco County, | **CLASS ACTION** |
| Defendants. | |

CASE NO. CV 09-4779 CRB                                   [PROPOSED] ORDER GRANTING STIPULATION
                                                           EXTENDING TIME - PLS./HENNESSEY

Pursuant to the Stipulation, and for good cause shown, of Plaintiffs Elizabeth Aida Haskell and Reginald Ento, on behalf of themselves and others similarly situated (Plaintiffs), and Defendant Michael Hennessey, Sheriff for the County of San Francisco (Defendant Hennessey), by and through their counsel, it is hereby **ORDERED** that:

1. Defendant Hennessey shall have until November 23, 2009 to file a responsive pleading or Motion to Dismiss in this case.

2. If Defendant Hennessey files a Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6), Plaintiffs shall have until December 14, 2009 to file an Opposition to such motion. Defendant Hennessey shall have until December 21, 2009 to file a Reply in support of any such motion.

3. The hearing on the Motion to Dismiss will take place on January 15, 2010.

**IT IS SO ORDERED.**

DATED: _November 18_, 2009

_____
HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer

LEGAL_US_W # 63067650.1

CASE NO. CV 09-4779 CRB            -1-            [PROPOSED] ORDER GRANTING STIPULATION EXTENDING TIME - PLS./HENNESSEY