1  PETER C. MEIER (SB# 179019) petermeier@paulhastings.com
   ERIC A. LONG (SB# 244147) ericlong@paulhastings.com
2  KATHARINE CHAO (SB# 247571) katharinechao@paulhastings.com
   SARAH O. CHANG (SB# 257921) sarahchang@paulhastings.com
3  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   55 Second Street
4  Twenty-Fourth Floor
   San Francisco, CA  94105-3441
5  Telephone:  (415) 856-7000
   Facsimile:  (415) 856-7100
6
   MICHAEL T. RISHER (SB# 191627) mrisher@aclunc.org
7  AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF
     NORTHERN CALIFORNIA, INC.
8  39 Drumm Street
   San Francisco, CA 94111
9  Telephone: (415) 621-2493
   Facsimile: (415) 255-8437
10
   Attorneys for Plaintiffs
11 ELIZABETH AIDA HASKELL and REGINALD ENTO,
   on behalf of themselves and others similarly situated
12

13

14                    UNITED STATES DISTRICT COURT

15             FOR THE NORTHERN DISTRICT OF CALIFORNIA

16

| 17 | ELIZABETH AIDA HASKELL and REGINALD ENTO, on behalf of themselves and others similarly situated, | Civil Case No. C 09-4779 CRB |
|----|----|----|
| 18 | | **CLASS ACTION** |
| 19 | Plaintiffs, | |
| 20 | vs. | |
| 21 | EDMUND G. BROWN, JR., Attorney General of California; EVA STEINBERGER, Assistant Bureau Chief for DNA Programs, California Department of Justice; and MICHAEL HENNESSEY, Sheriff, San Francisco County, | ~~[PROPOSED]~~ ORDER GRANTING STIPULATION RE: FILING OF FIRST AMENDED COMPLAINT |
| 22 | | |
| 23 | | |
| 24 | Defendants. | |
| 25 | | |

26

27

28

[PROPOSED] ORDER GRANTING
STIPULATION RE: FAC

1        Pursuant to the Stipulation, and for good cause shown, of Plaintiffs Elizabeth Aida

2   Haskell and Reginald Ento, on behalf of themselves and others similarly situated ("Plaintiffs");

3   Defendants Edmund G. Brown Jr., Attorney General of California, and Eva Steinberger, Assistant

4   Bureau Chief for DNA Programs, California Department of Justice ("State Defendants"); and

5   Defendant Michael Hennessey, Sheriff for the County of San Francisco ("City Defendant")

6   (collectively "All Defendants"), by and through their counsel, it is hereby **ORDERED** that:

7

8        Plaintiffs may file a First Amended Complaint on or before December 1, 2009.

9

10       **IT IS SO ORDERED.**

11

12

13  DATED:  _ November 25 _, 2009

14



15  _____ YER

     IT IS SO ORDERED    JUDGE

16

17  Judge Charles R. Breyer

18  LEGAL_US_W # 63269364.1

19

20

21

22

23

24

25

26

27

28

CASE NO. C 09-4779 CRB

[PROPOSED] ORDER GRANTING
STIPULATION RE: FAC