1  PETER C. MEIER (SB# 179019) petermeier@paulhastings.com
   ERIC A. LONG (SB# 244147) ericlong@paulhastings.com
2  KATHARINE CHAO (SB# 247571) katharinechao@paulhastings.com
   SARAH O. CHANG (SB# 257921) sarahchang@paulhastings.com
3  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   55 Second Street
4  Twenty-Fourth Floor
   San Francisco, CA  94105-3441
5  Telephone:  (415) 856-7000
   Facsimile:  (415) 856-7100

6

   MICHAEL T. RISHER (SB# 191627) mrisher@aclunc.org
7  AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF
     NORTHERN CALIFORNIA, INC.
8  39 Drumm Street
   San Francisco, CA 94111
9  Telephone: (415) 621-2493
   Facsimile: (415) 255-8437

10

   Attorneys for Plaintiffs
11 ELIZABETH AIDA HASKELL, REGINALD ENTO,
   JEFFREY PATRICK LYONS, JR., and AAKASH DESAI,
12 on behalf of themselves and others similarly situated

13                     UNITED STATES DISTRICT COURT

14                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

15

| | |
|---|---|
| 16  ELIZABETH AIDA HASKELL, REGINALD ENTO, JEFFREY PATRICK LYONS, JR., and AAKASH DESAI, on behalf of themselves and others similarly situated, | Civil Case No. C 09-04779 CRB |
| | **CLASS ACTION** |
| 19         Plaintiffs, | **[PROPOSED] ORDER GRANTING STIPULATION RE: EVIDENCE AT DECEMBER 4, 2009 HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |
| 20         vs. | |
| 21  EDMUND G. BROWN, JR., Attorney General of California; EVA STEINBERGER, Assistant Bureau Chief for DNA Programs, California Department of Justice; and MICHAEL HENNESSEY, Sheriff, San Francisco County, | Complaint Filed:  October 7, 2009<br>First Am. Complaint Filed:  December 1, 2009 |
| 24         Defendants. | |

1   Pursuant to the Stipulation, and for good cause shown, of Plaintiffs Elizabeth Aida
2   Haskell, Reginald Ento, Jeffrey Patrick Lyons, Jr., and Aakash Desai, on behalf of themselves
3   and others similarly situated ("Plaintiffs"); Defendants Edmund G. Brown Jr., Attorney General
4   of California, and Eva Steinberger, Assistant Bureau Chief for DNA Programs, California
5   Department of Justice ("State Defendants"); and Defendant Michael Hennessey, Sheriff for the
6   County of San Francisco ("City Defendant") (collectively "All Defendants"), by and through their
7   counsel, it is hereby **ORDERED** that:

9   Plaintiffs may submit (1) the Declaration of Jeffrey Patrick Lyons, Jr. in Support of
10  Motion for Class Certification and (2) the Declaration of Aakash Desai in Support of Motion for
11  Class Certification, in support of Plaintiffs' Motion for Preliminary Injunction.

13  **IT IS SO ORDERED.**

15  DATED: __December 3__, 2009



HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

LEGAL_US_W # 63336429.1

-1-   [PROPOSED] ORDER GRANTING
CASE NO. C 09-04779 CRB   STIP. RE: EVIDENCE AT PRELIM. INJUNC. HRG.