**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **January 29, 2010**

**C-09-04779** CRB

**ELIZABETH A. HASKELL  v.  EDMUND G. BROWN JR.**

Attorneys:   Michael Risher, Eric Long, Katherine Chou, Sarah Chang
             Daniel Powell, Enid Camps

Deputy Clerk: **BARBARA ESPINOZA**                    Reporter: **Sarah Goekler**

| **PROCEEDINGS:** | **RULING:** |
|---|---|
| 1. Motion for Class Certification | Granted |
| 2. D's Motion to Dismiss | Denied w/o prejudice |
| 3. Initial case Management Conference |  |

**ORDERED AFTER HEARING:**

Court adopts plaintiff's proposed class description. Discovery stayed until 6/11/2010, counsel may seek relief of stay if needed.   Answer to complaint to be filed.

(  ) ORDER TO BE PREPARED BY:   Plntf _____  Deft _____  Court _____
(  ) Referred to Magistrate Judge for: _____

(X) CASE CONTINUED TO June 11, 2010 @ 8:30 a.m.  for Status Conference

Discovery Cut-Off _____       Expert Discovery Cut-Off _____
Plntf to Name Experts by _____       Deft to Name Experts by _____
P/T Conference Date _____   Trial Date _____   Set for _____ days
                         Type of Trial:  (  )Jury    (  )Court

Notes: _____