1  PETER C. MEIER (SB# 179019) petermeier@paulhastings.com
   ERIC A. LONG (SB# 244147) ericlong@paulhastings.com
2  KATHARINE CHAO (SB# 247571) katharinechao@paulhastings.com
   SARAH O. CHANG (SB# 257921) sarahchang@paulhastings.com
3  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   55 Second Street
4  Twenty-Fourth Floor
   San Francisco, CA  94105-3441
5  Telephone:  (415) 856-7000
   Facsimile:  (415) 856-7100
6
   MICHAEL T. RISHER (SB# 191627) mrisher@aclunc.org
7  AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF
     NORTHERN CALIFORNIA, INC.
8  39 Drumm Street
   San Francisco, CA 94111
9  Telephone: (415) 621-2493
   Facsimile: (415) 255-8437
10
   Attorneys for Plaintiffs
11 ELIZABETH AIDA HASKELL, REGINALD ENTO,
   JEFFREY PATRICK LYONS, JR., and AAKASH DESAI,
12 on behalf of themselves and others similarly situated

13

14                   UNITED STATES DISTRICT COURT

15            FOR THE NORTHERN DISTRICT OF CALIFORNIA

16

17 ELIZABETH AIDA HASKELL,                 Civil Case No.  C 09-4779 CRB
   REGINALD ENTO, JEFFREY PATRICK
18 LYONS, JR., and AAKASH DESAI, on        **CLASS ACTION**
   behalf of themselves and others similarly
19 situated,

20            Plaintiffs,                   **STIPULATION AND [~~PROPOSED~~
                                            ORDER] RE: CONTINUANCE OF CASE
21        vs.                               MANAGEMENT CONFERENCE**

22 EDMUND G. BROWN, JR., Attorney
   General of California; EVA              Date:   June 11, 2010
23 STEINBERGER, Assistant Bureau Chief     Time:   8:30 a.m.
   for DNA Programs, California Department  Dept.:  Courtroom 8, 19th Floor
24 of Justice; and MICHAEL HENNESSEY,
   Sheriff, San Francisco County,          Honorable Charles R. Breyer
25
            Defendants.                     Complaint Filed:  October 7, 2009
26                                          First Am. Complaint Filed:  December 1, 2009

27

28

STIPULATION AND [PROPOSED] ORDER
                                            RE: CONTINUANCE OF CMC

1   Plaintiffs Elizabeth Aida Haskell, Reginald Ento, Jeffrey Patrick Lyons, Jr., and Aakash

2   Desai, and Defendants Edmund G. Brown Jr., Attorney General of California, and Eva

3   Steinberger, Assistant Bureau Chief for DNA Programs, California Department of Justice, by and

4   through their counsel, hereby agree and stipulate as follows:

5   WHEREAS, the parties have a Case Management Conference ("CMC") currently

6   scheduled for June 11, 2010 at 8:30 a.m.;

7   WHEREAS, the Ninth Circuit has issued an order scheduling oral argument for

8   July 13, 2010 in the pending appeal of this Court's denial of a preliminary injunction;

9   WHEREAS, by agreement of the parties, counsel request a continuance of the

10  CMC by approximately 90 days (approximately 60 days after the Ninth Circuit hearing);

11  NOW THEREFORE, the parties, by and through their undersigned counsel,

12  hereby stipulate and agree that the CMC shall be continued from June 11, 2010 to September 17,

13  2010 at 8:30 a.m.  Should an earlier date become necessary or appropriate by any action of the

14  Ninth Circuit, the parties will contact the Court.

15  DATED:  June 3, 2010          PAUL, HASTINGS, JANOFSKY & WALKER LLP

16                                By:_____/s/ Eric A. Long_____
                                                  Eric A. Long
17
                                  Attorneys for Plaintiffs
18                                ELIZABETH AIDA HASKELL, REGINALD ENTO,
                                  JEFFREY PATRICK LYONS, JR., and AAKASH DESAI,
19                                on behalf of themselves and others similarly situated

20  DATED:  June 3, 2010          OFFICE OF THE ATTORNEY GENERAL

21                                By:_____/s/ Daniel J. Powell_____
                                                  Daniel J. Powell
22                                                Deputy Attorney General

23                                Attorneys for Defendants
                                  EDMUND G. BROWN JR., Attorney General of California
24                                and EVA STEINBERGER, Assistant Bureau Chief for DNA
                                  Programs, California Department of Justice

25  I attest that concurrence in the filing of this document has been obtained from Daniel J. Powell,
    attorney for Defendants Brown and Steinberger.
26
    By: /s/ Eric A. Long
27  Eric A. Long
    Paul, Hastings, Janofsky & Walker LLP
28  Attorneys for Plaintiffs

                                                    -1-        STIPULATION AND [PROPOSED] ORDER
    CASE NO. C 09-4779 CRB                                     RE: CONTINUANCE OF CMC

1

## <u>ORDER</u>

2

3          The Court has considered the above Stipulation, and good cause appearing

4    therefore, the Court hereby ORDERS as follows:  The Case Management Conference, currently

5    set for June 11, 2010 at 8:30 a.m., is continued to September 17, 2010 at 8:30 a.m.

6          PURSUANT TO STIPULATION, IT IS SO ORDERED.

7

8    DATED:  _____ June 4 _, 2010

9    _____
     HON. CHARLES R. BREYER

10   UNITED STATES DISTRICT JUDGE



11

12

13

14

15

16   LEGAL_US_W # 64884560.1

17

18

19

20

21

22

23

24

25

26

27

28

CASE NO. C 09-4779 CRB

STIPULATION AND [PROPOSED] ORDER
RE: CONTINUANCE OF CMC