1  PETER C. MEIER (SB# 179019) petermeier@paulhastings.com
   ERIC A. LONG (SB# 244147) ericlong@paulhastings.com
2  KATHARINE CHAO (SB# 247571) katharinechao@paulhastings.com
   SARAH O. CHANG (SB# 257921) sarahchang@paulhastings.com
3  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   55 Second Street
4  Twenty-Fourth Floor
   San Francisco, CA  94105-3441
5  Telephone:  (415) 856-7000
   Facsimile:  (415) 856-7100

6  
   MICHAEL T. RISHER (SB# 191627) mrisher@aclunc.org
7  AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF
     NORTHERN CALIFORNIA, INC.
8  39 Drumm Street
   San Francisco, CA 94111
9  Telephone: (415) 621-2493
   Facsimile: (415) 255-8437
10
   Attorneys for Plaintiffs
11 ELIZABETH AIDA HASKELL, REGINALD ENTO,
   JEFFREY PATRICK LYONS, JR., and AAKASH DESAI,
12 on behalf of themselves and others similarly situated

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH AIDA HASKELL, REGINALD ENTO, JEFFREY PATRICK LYONS, JR., and AAKASH DESAI, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>EDMUND G. BROWN, JR., Attorney General of California; EVA STEINBERGER, Assistant Bureau Chief for DNA Programs, California Department of Justice; and MICHAEL HENNESSEY, Sheriff, San Francisco County,<br><br>Defendants. | Civil Case No.  C 09-4779 CRB<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED ORDER] RE: CONTINUANCE OF CASE MANAGEMENT CONFERENCE**<br><br>Date:     September 17, 2010<br>Time:     8:30 a.m.<br>Dept.:    Courtroom 8, 19th Floor<br><br>Honorable Charles R. Breyer<br><br>Complaint Filed:  October 7, 2009<br>First Am. Complaint Filed:  December 1, 2009 |

1  Plaintiffs Elizabeth Aida Haskell, Reginald Ento, Jeffrey Patrick Lyons, Jr., and Aakash
2  Desai, and Defendants Edmund G. Brown Jr., Attorney General of California, and Eva
3  Steinberger, Assistant Bureau Chief for DNA Programs, California Department of Justice, by and
4  through their counsel, hereby agree and stipulate as follows:
5      WHEREAS, the parties have a Case Management Conference ("CMC") currently
6  scheduled for September 17, 2010 at 8:30 a.m.;
7      WHEREAS, the Ninth Circuit held oral argument in the pending appeal of this
8  Court's denial of preliminary injunction on July 13, 2010;
9      WHEREAS, by agreement of the parties, counsel request a continuance of
10  approximately 90 days;
11      NOW THEREFORE, the parties, by and through their undersigned counsel,
12  hereby stipulate and agree that the September 17, 2010 CMC shall be continued, and that a CMC
13  shall be held on December 17, 2010 at 8:30 a.m.  Should an earlier date become necessary or
14  appropriate by any action of the Ninth Circuit, the parties will contact the Court.

15  DATED:  September 9, 2010            PAUL, HASTINGS, JANOFSKY & WALKER LLP

16                                                          By:               /s/ Eric A. Long
                                                                   Eric A. Long
17
Attorneys for Plaintiffs
18  ELIZABETH AIDA HASKELL, REGINALD ENTO,
JEFFREY PATRICK LYONS, JR., and AAKASH DESAI,
19  on behalf of themselves and others similarly situated

20  DATED:  September 9, 2010            OFFICE OF THE ATTORNEY GENERAL

21                                                           By:               /s/ Daniel J. Powell
                                                                  Daniel J. Powell
22                                          Deputy Attorney General

23  Attorneys for Defendants
EDMUND G. BROWN JR., Attorney General of California
24  and EVA STEINBERGER, Assistant Bureau Chief for DNA
Programs, California Department of Justice

25  I attest that concurrence in the filing of this document has been obtained from Daniel J. Powell,
attorney for Defendants Brown and Steinberger.
26
By: /s/ Eric A. Long
27  Eric A. Long
Paul, Hastings, Janofsky & Walker LLP
28  Attorneys for Plaintiffs

-1-  STIPULATION AND [PROPOSED] ORDER
CASE NO. C 09-4779 CRB           RE: CONTINUANCE OF CMC

1 **ORDER**

3   The Court has considered the above Stipulation, and good cause appearing therefore, the Court hereby ORDERS as follows: The September 17, 2010 CMC shall be continued, and a Case Management Conference shall be held on December 17, 2010 at 8:30 a.m.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _September 15_, 2010

_____
HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LEGAL_US_W # 65696023.1

CASE NO. C 09-4779 CRB         -2-         STIPULATION AND [PROPOSED] ORDER RE: CONTINUANCE OF CMC