1  PETER C. MEIER (SB# 179019) petermeier@paulhastings.com
   ERIC A. LONG (SB# 244147) ericlong@paulhastings.com
2  SARAH O. CHANG (SB# 257921) sarahchang@paulhastings.com
   PAUL, HASTINGS, JANOFSKY & WALKER LLP
3  55 Second Street
   Twenty-Fourth Floor
4  San Francisco, CA  94105-3441
   Telephone:  (415) 856-7000
5  Facsimile:  (415) 856-7100

6  MICHAEL T. RISHER (SB# 191627) mrisher@aclunc.org
   AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF
7    NORTHERN CALIFORNIA, INC.
   39 Drumm Street
8  San Francisco, CA 94111
   Telephone:  (415) 621-2493
9  Facsimile:  (415) 255-8437

10 Attorneys for Plaintiffs
   ELIZABETH AIDA HASKELL, REGINALD ENTO,
11 JEFFREY PATRICK LYONS, JR., and AAKASH DESAI,
   on behalf of themselves and others similarly situated

12

13                UNITED STATES DISTRICT COURT

14            FOR THE NORTHERN DISTRICT OF CALIFORNIA

15                    SAN FRANCISCO DIVISION

16

| | |
|---|---|
| 17  ELIZABETH AIDA HASKELL, REGINALD ENTO, JEFFREY PATRICK LYONS, JR., and AAKASH DESAI, on behalf of themselves and others similarly situated, | Civil Case No.  C 09-4779 CRB |
| | **CLASS ACTION** |
| 20  Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER RE: CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |
| 21  vs. | |
| 22  EDMUND G. BROWN, JR., Attorney General of California; EVA STEINBERGER, Assistant Bureau Chief for DNA Programs, California Department of Justice; and MICHAEL HENNESSEY, Sheriff, San Francisco County, | Date:   December 17, 2010<br>Time:   8:30 a.m.<br>Dept.:   Courtroom 8, 19th Floor |
| | Honorable Charles R. Breyer |
| Defendants. | Complaint Filed:  October 7, 2009<br>First Am. Complaint Filed:  December 1, 2009 |

27

28

CASE NO. C 09-4779 CRB                    STIPULATION AND [PROPOSED] ORDER
                                          RE: CONTINUANCE OF CMC

1  Plaintiffs Elizabeth Aida Haskell, Reginald Ento, Jeffrey Patrick Lyons, Jr., and Aakash
2  Desai, and Defendants Edmund G. Brown Jr., Attorney General of California, and Eva
3  Steinberger, Assistant Bureau Chief for DNA Programs, California Department of Justice, by and
4  through their counsel, hereby agree and stipulate as follows:
5      WHEREAS, the parties have a Case Management Conference ("CMC") currently
6  scheduled for December 17, 2010 at 8:30 a.m.;
7      WHEREAS, the Ninth Circuit held oral argument in the pending appeal of this
8  Court's denial of preliminary injunction on July 13, 2010;
9      WHEREAS, by agreement of the parties, counsel request a continuance of
10 approximately 60 days;
11     NOW THEREFORE, the parties, by and through their undersigned counsel,
12 hereby stipulate and agree that the December 17, 2010 CMC shall be continued, and that a CMC
13 shall be held on February 18, 2011 at 8:30 a.m.  Should an earlier date become necessary or
14 appropriate by any action of the Ninth Circuit, the parties will contact the Court.

15 DATED:  December 6, 2010       PAUL, HASTINGS, JANOFSKY & WALKER LLP

16                                By:_____/s/ Eric A. Long_____
                                         Eric A. Long
17
                                Attorneys for Plaintiffs
18                              ELIZABETH AIDA HASKELL, REGINALD ENTO,
                                JEFFREY PATRICK LYONS, JR., and AAKASH DESAI,
19                              on behalf of themselves and others similarly situated

20 DATED:  December 6, 2010       OFFICE OF THE ATTORNEY GENERAL

21                              By:_____/s/ Daniel J. Powell_____
                                        Daniel J. Powell
22                                      Deputy Attorney General

23                              Attorneys for Defendants
                                EDMUND G. BROWN JR., Attorney General of California
24                              and EVA STEINBERGER, Assistant Bureau Chief for DNA
                                Programs, California Department of Justice

25 I attest that concurrence in the filing of this document has been obtained from Daniel J. Powell,
   attorney for Defendants Brown and Steinberger.
26
   By: /s/ Eric A. Long
27 Eric A. Long
   Paul, Hastings, Janofsky & Walker LLP
28 Attorneys for Plaintiffs

**ORDER**

The Court has considered the above Stipulation, and good cause appearing therefore, the Court hereby ORDERS as follows:  The December 17, 2010 CMC shall be continued, and a Case Management Conference shall be held on February 18, 2011 at 8:30 a.m.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  December 7, 2010

_____
HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

LEGAL_US_W # 66512076.1