PETER C. MEIER (SB# 179019) petermeier@paulhastings.com
ERIC A. LONG (SB# 244147) ericlong@paulhastings.com
SARAH O. CHANG (SB# 257921) sarahchang@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA  94105-3441
Telephone:  (415) 856-7000
Facsimile:  (415) 856-7100

MICHAEL T. RISHER (SB# 191627) mrisher@aclunc.org
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF
  NORTHERN CALIFORNIA, INC.
39 Drumm Street
San Francisco, CA 94111
Telephone:  (415) 621-2493
Facsimile:  (415) 255-8437

Attorneys for Plaintiffs
ELIZABETH AIDA HASKELL, REGINALD ENTO,
JEFFREY PATRICK LYONS, JR., and AAKASH DESAI,
on behalf of themselves and others similarly situated

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELIZABETH AIDA HASKELL, REGINALD ENTO, JEFFREY PATRICK LYONS, JR., and AAKASH DESAI, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>KAMALA D. HARRIS, Attorney General of California; EVA STEINBERGER, Assistant Bureau Chief for DNA Programs, California Department of Justice; and MICHAEL HENNESSEY, Sheriff, San Francisco County,<br><br>Defendants. | Civil Case No.  C 09-4779 CRB<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER RE: CONTINUANCE OF CASE MANAGEMENT CONFERENCE**<br><br>Date:  February 18, 2011<br>Time:  8:30 a.m.<br>Dept.:  Courtroom 8, 19th Floor<br><br>Honorable Charles R. Breyer<br><br>Complaint Filed:  October 7, 2009<br>First Am. Complaint Filed:  December 1, 2009 |

Plaintiffs Elizabeth Aida Haskell, Reginald Ento, Jeffrey Patrick Lyons, Jr., and Aakash Desai, and Defendants Kamala D. Harris, Attorney General of California,[1] and Eva Steinberger, Assistant Bureau Chief for DNA Programs, California Department of Justice, by and through their counsel, hereby agree and stipulate as follows:

WHEREAS, the parties have a Case Management Conference ("CMC") currently scheduled for February 18, 2011 at 8:30 a.m.;

WHEREAS, the Ninth Circuit held oral argument in the pending appeal of this Court's denial of preliminary injunction on July 13, 2010;

WHEREAS, by agreement of the parties, counsel request a continuance of approximately 60 days;

NOW THEREFORE, the parties, by and through their undersigned counsel, hereby stipulate and agree that the February 18, 2011 CMC shall be continued, and that a CMC shall be held on April 29, 2011 at 8:30 a.m.  Should an earlier date become necessary or appropriate by any action of the Ninth Circuit, the parties will contact the Court.

DATED:  February 9, 2011       PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _____/s/ Eric A. Long_____
Eric A. Long

Attorneys for Plaintiffs
ELIZABETH AIDA HASKELL, REGINALD ENTO, JEFFREY PATRICK LYONS, JR., and AAKASH DESAI, on behalf of themselves and others similarly situated

DATED:  February 9, 2011       OFFICE OF THE ATTORNEY GENERAL

By: _____/s/ Daniel J. Powell_____
Daniel J. Powell
Deputy Attorney General

Attorneys for Defendants
KAMALA D. HARRIS, Attorney General of California and EVA STEINBERGER, Assistant Bureau Chief for DNA Programs, California Department of Justice

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Kamala D. Harris is automatically substituted as a defendant in her official role as Attorney General of California.

I attest that concurrence in the filing of this document has been obtained from Daniel J. Powell, attorney for Defendants Harris and Steinberger.

By: /s/ Eric A. Long
Eric A. Long
Paul, Hastings, Janofsky & Walker LLP
Attorneys for Plaintiffs

# **ORDER**

The Court has considered the above Stipulation, and good cause appearing therefore, the Court hereby ORDERS as follows:  The February 18, 2011 CMC shall be continued, and a Case Management Conference shall be held on April 29, 2011 at 8:30 a.m.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:   February 10, 2011



HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

LEGAL_US_W # 67156942.2