```
 1  PETER C. MEIER (SB# 179019) petermeier@paulhastings.com
    ERIC A. LONG (SB# 244147) ericlong@paulhastings.com
 2  SARAH O. CHANG (SB# 257921) sarahchang@paulhastings.com
    PAUL, HASTINGS, JANOFSKY & WALKER LLP
 3  55 Second Street
    Twenty-Fourth Floor
 4  San Francisco, CA  94105-3441
    Telephone:  (415) 856-7000
 5  Facsimile:  (415) 856-7100

 6  MICHAEL T. RISHER (SB# 191627) mrisher@aclunc.org
    AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF
 7    NORTHERN CALIFORNIA, INC.
    39 Drumm Street
 8  San Francisco, CA 94111
    Telephone:  (415) 621-2493
 9  Facsimile:  (415) 255-8437

10  Attorneys for Plaintiffs
    ELIZABETH AIDA HASKELL, REGINALD ENTO,
11  JEFFREY PATRICK LYONS, JR., and AAKASH DESAI,
    on behalf of themselves and others similarly situated
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELIZABETH AIDA HASKELL, REGINALD ENTO, JEFFREY PATRICK LYONS, JR., and AAKASH DESAI, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>KAMALA D. HARRIS, Attorney General of California; EVA STEINBERGER, Assistant Bureau Chief for DNA Programs, California Department of Justice; and MICHAEL HENNESSEY, Sheriff, San Francisco County,<br><br>Defendants. | Civil Case No.  C 09-4779 CRB<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER RE: CONTINUANCE OF CASE MANAGEMENT CONFERENCE**<br><br>Date:    May 13, 2011<br>Time:   8:30 a.m.<br>Dept.:   Courtroom 8, 19th Floor<br><br>Honorable Charles R. Breyer<br><br>Complaint Filed:  October 7, 2009<br>First Am. Complaint Filed:  December 1, 2009 |

CASE NO. C 09-4779 CRB

STIPULATION AND [PROPOSED] ORDER
RE: CONTINUANCE OF CMC

1  Plaintiffs Elizabeth Aida Haskell, Reginald Ento, Jeffrey Patrick Lyons, Jr., and Aakash
2  Desai, and Defendants Kamala D. Harris, Attorney General of California, and Eva Steinberger,
3  Assistant Bureau Chief for DNA Programs, California Department of Justice, by and through
4  their counsel, hereby agree and stipulate as follows:
5  WHEREAS, the parties have a Case Management Conference ("CMC") currently
6  scheduled for May 13, 2011 at 8:30 a.m.;
7  WHEREAS, the Ninth Circuit held oral argument in the pending appeal of this Court's
8  denial of preliminary injunction on July 13, 2010;
9  WHEREAS, by agreement of the parties, counsel request a continuance of approximately
10  120 days;
11  NOW THEREFORE, the parties, by and through their undersigned counsel, hereby
12  stipulate and agree that the May 13, 2011 CMC shall be continued, and that a CMC shall be held
13  on September 30, 2011 at 8:30 a.m.  Should an earlier date become necessary or appropriate by
14  any action of the Ninth Circuit, the parties will contact the Court.

15  DATED:  May 4, 2011          PAUL, HASTINGS, JANOFSKY & WALKER LLP

16                               By:_____/s/ Eric A. Long_____
                                         Eric A. Long
17
                                 Attorneys for Plaintiffs
18                               ELIZABETH AIDA HASKELL, REGINALD ENTO,
                                 JEFFREY PATRICK LYONS, JR., and AAKASH DESAI,
19                               on behalf of themselves and others similarly situated

20  DATED:  May 4, 2011          OFFICE OF THE ATTORNEY GENERAL

21                               By:_____/s/ Daniel J. Powell_____
                                         Daniel J. Powell
22                                       Deputy Attorney General

                                 Attorneys for Defendants
23                               KAMALA D. HARRIS, Attorney General of California and
                                 EVA STEINBERGER, Assistant Bureau Chief for DNA
24                               Programs, California Department of Justice

25  I attest that concurrence in the filing of this document has been obtained from Daniel J. Powell,
    attorney for Defendants Harris and Steinberger.
26
    By: /s/ Eric A. Long
27  Eric A. Long
    Paul, Hastings, Janofsky & Walker LLP
28  Attorneys for Plaintiffs

CASE NO. C 09-4779 CRB          -1-          STIPULATION AND [PROPOSED] ORDER
                                             RE: CONTINUANCE OF CMC

**ORDER**

The Court has considered the above Stipulation, and good cause appearing therefore, the Court hereby ORDERS as follows: The May 13, 2011 CMC shall be continued, and a Case Management Conference shall be held on September 30, 2011 at 8:30 a.m.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____May 5\_, 2011



LEGAL_US_W # 67927458.1