FILED

JUN 02 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ELIZABETH AIDA HASKELL; REGINALD ENTO; JEFFREY PATRICK LYONS, Jr.; AAKASH DESAI, on behalf of themselves and others similarly situated,<br><br>        Plaintiffs - Appellants,<br><br> v.<br><br>EDMUND G. BROWN, Jr., Attorney General of California; EVA STEINBERGER, Assistant Bureau Chief for DNA Programs, California Department of Justice,<br><br>        Defendants - Appellees. | No. 10-15152<br><br>D.C. No. 3:09-cv-04779-CRB Northern District of California, San Francisco<br><br><br>ORDER |

Before:   W. FLETCHER and M. SMITH, Circuit Judges, and TODD, Senior District Judge.[*]

This case is withdrawn from submission pending a final en banc decision in

*United States v. Pool*, No. 09-10303. The parties are requested to file simultaneous

letter briefs on the effect of *Pool* within 45 days of the final decision. The letter

---

[*] The Honorable James Dale Todd, Senior District Judge for the U.S. District Court for Western Tennessee, Jackson, sitting by designation.

briefs shall not exceed 10 pages in length.  This case will be resubmitted upon the filing of those briefs, unless otherwise ordered.