1  PETER C. MEIER (SB# 179019) petermeier@paulhastings.com
   ERIC A. LONG (SB# 244147) ericlong@paulhastings.com
2  SARAH O. CHANG (SB# 257921) sarahchang@paulhastings.com
   PAUL HASTINGS LLP
3  55 Second Street
   Twenty-Fourth Floor
4  San Francisco, CA 94105-3441
   Telephone: (415) 856-7000
5  Facsimile: (415) 856-7100

6  MICHAEL T. RISHER (SB# 191627) mrisher@aclunc.org
   AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF
7    NORTHERN CALIFORNIA, INC.
   39 Drumm Street
8  San Francisco, CA 94111
   Telephone: (415) 621-2493
9  Facsimile: (415) 255-8437

10 Attorneys for Plaintiffs
   ELIZABETH AIDA HASKELL, REGINALD ENTO,
11 JEFFREY PATRICK LYONS, JR., and AAKASH DESAI,
   on behalf of themselves and others similarly situated

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELIZABETH AIDA HASKELL, REGINALD ENTO, JEFFREY PATRICK LYONS, JR., and AAKASH DESAI, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>KAMALA D. HARRIS, Attorney General of California; EVA STEINBERGER, Assistant Bureau Chief for DNA Programs, California Department of Justice; and MICHAEL HENNESSEY, Sheriff, San Francisco County,<br><br>Defendants. | Civil Case No. C 09-4779 CRB<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER RE: CONTINUANCE OF CASE MANAGEMENT CONFERENCE**<br><br>Date: September 30, 2011<br>Time: 8:30 a.m.<br>Dept.: Courtroom 8, 19th Floor<br><br>Honorable Charles R. Breyer<br><br>Complaint Filed: October 7, 2009<br>First Am. Complaint Filed: December 1, 2009 |

1  Plaintiffs Elizabeth Aida Haskell, Reginald Ento, Jeffrey Patrick Lyons, Jr., and Aakash
2  Desai, and Defendants Kamala D. Harris, Attorney General of California, and Eva Steinberger,
3  Assistant Bureau Chief for DNA Programs, California Department of Justice, by and through
4  their counsel, hereby agree and stipulate as follows:

5  WHEREAS, the parties have a Case Management Conference ("CMC") currently
6  scheduled for September 30, 2011 at 8:30 a.m.;

7  WHEREAS, the Ninth Circuit held oral argument in the appeal of this Court's denial of
8  preliminary injunction on July 13, 2010, but then entered an order withdrawing the appeal from
9  submission pending an *en banc* decision in *U.S. vs Pool*, No. 09-10303, and requesting that the
10 parties file simultaneous letter briefs on the effect of *Pool* with 45 days of the final decision;

11 WHEREAS, the Ninth Circuit vacated the scheduled *en banc* hearing in *Pool* on
12 September 19, 2011, and further dismissed the appeal and vacated the *Pool* panel's opinion;

13 WHEREAS, by agreement of the parties, counsel request a continuance of approximately
14 180 days;

15 NOW THEREFORE, the parties hereby stipulate and agree that the September 30, 2011
16 CMC shall be continued, and that a CMC shall be held on March 30, 2012 at 8:30 a.m. Should an
17 earlier date become necessary or appropriate by any action of the Ninth Circuit, the parties will
18 contact the Court.

19 DATED: September 22, 2011         PAUL HASTINGS LLP

20                                  By:_____/s/ Eric A. Long_____
                                           Eric A. Long
21                                  Attorneys for Plaintiffs
22                                  ELIZABETH AIDA HASKELL, REGINALD ENTO,
                                    JEFFREY PATRICK LYONS, JR., and AAKASH DESAI,
                                    on behalf of themselves and others similarly situated
23
24 DATED: September 22, 2011         OFFICE OF THE ATTORNEY GENERAL

                                    By:_____/s/ Daniel J. Powell_____
25                                         Daniel J. Powell
                                           Deputy Attorney General
26                                  Attorneys for Defendants
                                    KAMALA D. HARRIS, Attorney General of California and
27                                  EVA STEINBERGER, Assistant Bureau Chief for DNA
                                    Programs, California Department of Justice
28

CASE NO. C 09-4779 CRB                    -1-         STIPULATION AND [PROPOSED] ORDER
                                                              RE: CONTINUANCE OF CMC

1  I attest that concurrence in the filing of this document has been obtained from Daniel J. Powell, attorney for Defendants Harris and Steinberger.

2

3  By: /s/ Eric A. Long
Eric A. Long
Paul Hastings LLP

4  Attorneys for Plaintiffs

5

6

7  **ORDER**

8  The Court has considered the above Stipulation, and good cause appearing

9  therefore, the Court hereby ORDERS as follows: The September 30, 2011 CMC shall be

10  continued, and a Case Management Conference shall be held on March 30, 2012 at 8:30 a.m.

11  PURSUANT TO STIPULATION, IT IS SO ORDERED.

12

13  DATED:  September 26 , 2011

14

15  HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

16

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Charles R. Breyer]

21  LEGAL_US_W # 69129826.1

CASE NO. C 09-4779 CRB                      -2-              STIPULATION AND [PROPOSED] ORDER
                                                              RE: CONTINUANCE OF CMC