1  PETER C. MEIER (SB# 179019) petermeier@paulhastings.com
   ERIC A. LONG (SB# 244147) ericlong@paulhastings.com
2  PAUL HASTINGS LLP
   55 Second Street
3  Twenty-Fourth Floor
   San Francisco, CA 94105-3441
4  Telephone: (415) 856-7000
   Facsimile: (415) 856-7100
5
   MICHAEL T. RISHER (SB# 191627) mrisher@aclunc.org
6  AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF
      NORTHERN CALIFORNIA, INC.
7  39 Drumm Street
   San Francisco, CA 94111
8  Telephone: (415) 621-2493
   Facsimile: (415) 255-8437
9
   Attorneys for Plaintiffs
10 ELIZABETH AIDA HASKELL, REGINALD ENTO,
   JEFFREY PATRICK LYONS, JR., and AAKASH DESAI,
11 on behalf of themselves and others similarly situated

12
                    UNITED STATES DISTRICT COURT
13
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
14
                         SAN FRANCISCO DIVISION
15

16

17 ELIZABETH AIDA HASKELL,                 Civil Case No. C 09-4779 CRB
   REGINALD ENTO, JEFFREY PATRICK
   LYONS, JR., and AAKASH DESAI, on       **CLASS ACTION**
18 behalf of themselves and others similarly
   situated,
19
                    Plaintiffs,            **STIPULATION AND [PROPOSED]
20                                         ORDER RE: CONTINUANCE OF CASE
         vs.                               MANAGEMENT CONFERENCE**
21
   KAMALA D. HARRIS, Attorney General
22 of California; EVA STEINBERGER,         Date:  March 30, 2012
   Assistant Bureau Chief for DNA Programs, Time:  8:30 a.m.
23 California Department of Justice,       Dept.:  Courtroom 8, 19th Floor

24                  Defendants.            Honorable Charles R. Breyer

25                                         Complaint Filed: October 7, 2009
                                           First Am. Complaint Filed: December 1, 2009
26

27

28

CASE NO. C 09-4779 CRB                     STIPULATION AND [PROPOSED] ORDER
                                           RE: CONTINUANCE OF CMC

1  Plaintiffs Elizabeth Aida Haskell, Reginald Ento, Jeffrey Patrick Lyons, Jr., and Aakash Desai, and Defendants Kamala D. Harris, Attorney General of California, and Eva Steinberger, Assistant Bureau Chief for DNA Programs, California Department of Justice, by and through their counsel, hereby agree and stipulate as follows:

WHEREAS, the parties have a Case Management Conference ("CMC") currently scheduled for March 30, 2012 at 8:30 a.m.;

WHEREAS, the Ninth Circuit held oral argument in the pending appeal of this Court's denial of preliminary injunction on July 13, 2010;

WHEREAS, the Ninth Circuit issued a panel decision on February 23, 2012;

WHEREAS, Plaintiffs-Appellants filed a Petition for Rehearing En Banc (Docket No. 56) in the pending appeal on March 8, 2012;

WHEREAS, the Ninth Circuit issued an order directing Defendants-Appellees to respond to Plaintiffs-Appellants' Petition for Rehearing En Banc within 28 days of the filing of the court's March 9, 2012 order;

WHEREAS, by agreement of the parties, counsel request a continuance of approximately 180 days;

NOW THEREFORE, the parties, by and through their undersigned counsel, hereby stipulate and agree that the March 30, 2012 CMC shall be continued, and that a CMC shall be held on September 28, 2012 at 8:30 a.m.  Should an earlier date become necessary or appropriate by any further action of the Ninth Circuit, the parties will contact the Court.

| | | |
|---|---|---|
| 1 | DATED:  March 13, 2012 | PAUL HASTINGS LLP |
| 2 | | By:            /s/ Eric A. Long |
| 3 | | Eric A. Long |
| | | Attorneys for Plaintiffs |
| 4 | | ELIZABETH AIDA HASKELL, REGINALD ENTO, JEFFREY PATRICK LYONS, JR., and AAKASH DESAI, on behalf of themselves and others similarly situated |
| 5 | | |
| 6 | DATED:  March 13, 2012 | OFFICE OF THE ATTORNEY GENERAL |
| 7 | | By:            /s/ Daniel J. Powell |
| | | Daniel J. Powell |
| 8 | | Deputy Attorney General |
| 9 | | Attorneys for Defendants |
| | | KAMALA D. HARRIS, Attorney General of California and EVA STEINBERGER, Assistant Bureau Chief for DNA Programs, California Department of Justice |
| 10 | | |

I attest that concurrence in the filing of this document has been obtained from Daniel J. Powell, attorney for Defendants Harris and Steinberger.

By: /s/ Eric A. Long
Eric A. Long
Paul Hastings LLP
Attorneys for Plaintiffs

CASE NO. C 09-4779 CRB         -2-         STIPULATION AND [PROPOSED] ORDER RE: CONTINUANCE OF CMC

1

**ORDER**

2

3    The Court has considered the above Stipulation, and good cause appearing

4 therefore, the Court hereby ORDERS as follows: The March 30, 2012 CMC shall be continued,

5 and a Case Management Conference shall be held on September 28, 2012 at 8:30 a.m.

6    PURSUANT TO STIPULATION, IT IS SO ORDERED.

7

8    DATED:  ___March 15__, 2012

9                                                                                    _____
                                                                                     HON. CHARLES R. BREYER
10                                                                                   UNITED STATES DISTRICT JUDGE

11

12

LEGAL_US_W # 70796818.1

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CASE NO. C 09-4779 CRB             -3-            STIPULATION AND [PROPOSED] ORDER
                                                  RE: CONTINUANCE OF CMC