1  PETER C. MEIER (SB# 179019) petermeier@paulhastings.com
   ERIC A. LONG (SB# 244147) ericlong@paulhastings.com
2  JAMIE WILLIAMS (SB# 279046) jamiewilliams@paulhastings.com
   PAUL HASTINGS LLP
3  55 Second Street
   Twenty-Fourth Floor
4  San Francisco, CA  94105-3441
   Telephone:  (415) 856-7000
5  Facsimile:  (415) 856-7100

6  MICHAEL T. RISHER (SB# 191627) mrisher@aclunc.org
   AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF
7    NORTHERN CALIFORNIA, INC.
   39 Drumm Street
8  San Francisco, CA 94111
   Telephone:  (415) 621-2493
9  Facsimile:  (415) 255-8437

10 Attorneys for Plaintiffs
   ELIZABETH AIDA HASKELL, REGINALD ENTO,
11 JEFFREY PATRICK LYONS, JR., and AAKASH DESAI,
   on behalf of themselves and others similarly situated

12

13                    UNITED STATES DISTRICT COURT

14                FOR THE NORTHERN DISTRICT OF CALIFORNIA

15                        SAN FRANCISCO DIVISION

16

| | |
|---|---|
| 17  ELIZABETH AIDA HASKELL, REGINALD ENTO, JEFFREY PATRICK LYONS, JR., and AAKASH DESAI, on behalf of themselves and others similarly situated, | Civil Case No.  C 09-4779 CRB |
| | **CLASS ACTION** |
| 19 | |
| 20             Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER RE: CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |
| 21         vs. | |
| 22  KAMALA D. HARRIS, Attorney General of California; EVA STEINBERGER, Assistant Bureau Chief for DNA Programs, California Department of Justice, | Date:     September 28, 2012<br>Time:     8:30 a.m.<br>Dept.:    Courtroom 8, 19th Floor |
| 24             Defendants. | Honorable Charles R. Breyer |
| 25 | Complaint Filed:  October 7, 2009<br>First Am. Complaint Filed:  December 1, 2009 |

27

28

|     |     |
| --- | --- |
| 1   | Plaintiffs Elizabeth Aida Haskell, Reginald Ento, Jeffrey Patrick Lyons, Jr., and Aakash Desai, and Defendants Kamala D. Harris, Attorney General of California, and Eva Steinberger, Assistant Bureau Chief for DNA Programs, California Department of Justice, by and through their counsel, hereby agree and stipulate as follows: |

Plaintiffs Elizabeth Aida Haskell, Reginald Ento, Jeffrey Patrick Lyons, Jr., and Aakash Desai, and Defendants Kamala D. Harris, Attorney General of California, and Eva Steinberger, Assistant Bureau Chief for DNA Programs, California Department of Justice, by and through their counsel, hereby agree and stipulate as follows:

WHEREAS, the parties have a Case Management Conference ("CMC") currently scheduled for September 28, 2012 at 8:30 a.m.;

WHEREAS, the Ninth Circuit held en banc oral argument in the pending appeal of this Court's denial of preliminary injunction on September 19, 2012;

WHEREAS, by agreement of the parties, counsel request a continuance of approximately 180 days;

NOW THEREFORE, the parties, by and through their undersigned counsel, hereby stipulate and agree that the September 28, 2012 CMC shall be continued, and that a CMC shall be held on April 26, 2013 at 8:30 a.m.  Should an earlier date become necessary or appropriate by any further action of the Ninth Circuit, the parties will contact the Court.

DATED:  September 20, 2012        PAUL HASTINGS LLP

By: _____/s/ Eric A. Long_____
                    Eric A. Long

Attorneys for Plaintiffs
ELIZABETH AIDA HASKELL, REGINALD ENTO,
JEFFREY PATRICK LYONS, JR., and AAKASH DESAI,
on behalf of themselves and others similarly situated

DATED:  September 20, 2012        OFFICE OF THE ATTORNEY GENERAL

By: _____/s/ Daniel J. Powell_____
                    Daniel J. Powell
                 Deputy Attorney General

Attorneys for Defendants
KAMALA D. HARRIS, Attorney General of California and
EVA STEINBERGER, Assistant Bureau Chief for DNA
Programs, California Department of Justice

**ORDER**

The Court has considered the above Stipulation, and good cause appearing therefore, the Court hereby ORDERS as follows: The September 28, 2012 CMC shall be continued, and a Case Management Conference shall be held on April 26, 2013 at 8:30 a.m.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  September 24 , 2012

_____
HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer

LEGAL_US_W # 72703297