1   PETER C. MEIER (SB# 179019) petermeier@paulhastings.com
    ERIC A. LONG (SB# 244147) ericlong@paulhastings.com
2   JAMIE WILLIAMS (SB# 279046) jamiewilliams@paulhastings.com
    PAUL HASTINGS LLP
3   55 Second Street
    Twenty-Fourth Floor
4   San Francisco, CA  94105-3441
    Telephone:  (415) 856-7000
5   Facsimile:  (415) 856-7100

6   MICHAEL T. RISHER (SB# 191627) mrisher@aclunc.org
    AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF
7       NORTHERN CALIFORNIA, INC.
    39 Drumm Street
8   San Francisco, CA 94111
    Telephone:  (415) 621-2493
9   Facsimile:  (415) 255-8437

10  Attorneys for Plaintiffs
    ELIZABETH AIDA HASKELL, REGINALD ENTO,
11  JEFFREY PATRICK LYONS, JR., and AAKASH DESAI,
    on behalf of themselves and others similarly situated

12

13                  UNITED STATES DISTRICT COURT

14              FOR THE NORTHERN DISTRICT OF CALIFORNIA

15                      SAN FRANCISCO DIVISION

16

17  ELIZABETH AIDA HASKELL,              Civil Case No.  C 09-4779 CRB
    REGINALD ENTO, JEFFREY PATRICK
18  LYONS, JR., and AAKASH DESAI, on     **CLASS ACTION**
    behalf of themselves and others similarly
19  situated,

20              Plaintiffs,              **STIPULATION AND ORDER RE:
                                         CONTINUANCE OF CASE
21          vs.                          MANAGEMENT CONFERENCE**

22  KAMALA D. HARRIS, Attorney General
    of California; EVA STEINBERGER,      Date:    April 26, 2013
23  Assistant Bureau Chief for DNA Programs,  Time:    8:30 a.m.
    California Department of Justice,     Dept.:   Courtroom 8, 19th Floor
24
                Defendants.              Honorable Charles R. Breyer
25
                                         Complaint Filed:  October 7, 2009
26                                       First Am. Complaint Filed:  December 1, 2009

27

28

STIPULATION AND [PROPOSED] ORDER
                                                              RE: CONTINUANCE OF CMC

Plaintiffs Elizabeth Aida Haskell, Reginald Ento, Jeffrey Patrick Lyons, Jr., and Aakash Desai, and Defendants Kamala D. Harris, Attorney General of California, and Eva Steinberger, Assistant Bureau Chief for DNA Programs, California Department of Justice, by and through their counsel, hereby agree and stipulate as follows:

WHEREAS, the parties have a Case Management Conference ("CMC") currently scheduled for April 26, 2013 at 8:30 a.m.;

WHEREAS, on September 19, 2012, an en banc panel of the Ninth Circuit reheard the pending appeal of this Court's order;

WHEREAS, on November 9, 2012, the Supreme Court granted certiorari in another case addressing whether the Fourth Amendment allows the states to collect and analyze DNA from people arrested and charged with serious offenses, King v. Maryland, 42 A.3d 549 (Md. 2012), cert. granted, 81 U.S.L.W. 3127 (U.S. Nov. 9, 2012), and held argument on February 26, 2013;

WHEREAS, on November 13, 2012, the Ninth Circuit deferred submission of this case pending the U.S. Supreme Court's decision in King v. Maryland, 42 A.3d 549 (Md. 2012);

WHEREAS, by agreement of the parties, counsel request a continuance of approximately 120 days;

NOW THEREFORE, the parties, by and through their undersigned counsel,

///
///
///
///
///
///
///
///
///
///

STIPULATION AND [PROPOSED] ORDER
RE: CONTINUANCE OF CMC

1  hereby stipulate and agree that the April 26, 2013 CMC shall be continued, and that a CMC shall

2  be held on August 23, 2013 at 8:30 a.m.  Should an earlier date become necessary or appropriate

3  by any further action of the Ninth Circuit, the parties will contact the Court.

4

5

6  DATED:  April 2, 2013           PAUL HASTINGS LLP

7                                   By:_____/s/ Eric A. Long_____
                                                      Eric A. Long

8                                   Attorneys for Plaintiffs
9                                   ELIZABETH AIDA HASKELL, REGINALD ENTO,
                                    JEFFREY PATRICK LYONS, JR., and AAKASH DESAI,
10                                  on behalf of themselves and others similarly situated

11 DATED:  April 2, 2013           OFFICE OF THE ATTORNEY GENERAL

12                                  By:_____/s/ Daniel J. Powell_____
                                                      Daniel J. Powell
13                                                    Deputy Attorney General

14                                  Attorneys for Defendants
                                    KAMALA D. HARRIS, Attorney General of California and
15                                  EVA STEINBERGER, Assistant Bureau Chief for DNA
                                    Programs, California Department of Justice

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## **ORDER**

2

3          The Court has considered the above Stipulation, and good cause appearing

4    therefore, the Court hereby ORDERS as follows:  The April 26, 2013 CMC shall be continued,

5    and a Case Management Conference shall be held on August 9, 2013 at 8:30 a.m.

6          PURSUANT TO STIPULATION, IT IS SO ORDERED.

7

8    DATED:   April 10, 2013

9



HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

10

11

12

13    LEGAL_US_W # 74724810.1

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
RE: CONTINUANCE OF CMC