PETER C. MEIER (SB# 179019) petermeier@paulhastings.com
ERIC A. LONG (SB# 244147) ericlong@paulhastings.com
PAUL HASTINGS LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA 94105-3441
Telephone: (415) 856-7000
Facsimile: (415) 856-7100

MICHAEL T. RISHER (SB# 191627) mrisher@aclunc.org
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF
  NORTHERN CALIFORNIA, INC.
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437

Attorneys for Plaintiffs
ELIZABETH AIDA HASKELL, REGINALD ENTO,
JEFFREY PATRICK LYONS, JR., and AAKASH DESAI,
on behalf of themselves and others similarly situated

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELIZABETH AIDA HASKELL, REGINALD ENTO, JEFFREY PATRICK LYONS, JR., and AAKASH DESAI, on behalf of themselves and others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> KAMALA D. HARRIS, Attorney General of California; EVA STEINBERGER, Assistant Bureau Chief for DNA Programs, California Department of Justice, <br><br> Defendants. | Civil Case No. C 09-4779 CRB <br><br> **CLASS ACTION** <br><br> **STIPULATION AND ORDER RE: CONTINUANCE OF CASE MANAGEMENT CONFERENCE** <br><br> Date: August 9, 2013 <br> Time: 8:30 a.m. <br> Dept.: Courtroom 8, 19th Floor <br><br> Honorable Charles R. Breyer <br><br> Complaint Filed: October 7, 2009 <br> First Am. Complaint Filed: December 1, 2009 |

CASE NO. C 09-4779 CRB

STIPULATION AND [PROPOSED] ORDER
RE: CONTINUANCE OF CMC

Plaintiffs Elizabeth Aida Haskell, Reginald Ento, Jeffrey Patrick Lyons, Jr., and Aakash Desai, and Defendants Kamala D. Harris, Attorney General of California, and Eva Steinberger, Assistant Bureau Chief for DNA Programs, California Department of Justice, by and through their counsel, hereby agree and stipulate as follows:

WHEREAS, the parties have a Case Management Conference ("CMC") currently scheduled for August 9, 2013 at 8:30 a.m.;

WHEREAS, on September 19, 2012, an en banc panel of the Ninth Circuit reheard the pending appeal of this Court's order;

WHEREAS, on November 9, 2012, the Supreme Court granted certiorari in another case addressing whether the Fourth Amendment allows the states to collect and analyze DNA from people arrested and charged with serious offenses, *King v. Maryland*, 42 A.3d 549 (Md. 2012), cert. granted, 81 U.S.L.W. 3127 (U.S. Nov. 9, 2012), and held argument on February 26, 2013;

WHEREAS, on November 13, 2012, the Ninth Circuit deferred submission of this case pending the U.S. Supreme Court's decision in *Maryland v. King*;

WHEREAS, on June 3, 2013, the Supreme Court issued its decision in *Maryland v. King*, 133 S. Ct. 1236 (2013);

WHEREAS, on June 12, 2013, the Ninth Circuit ordered the parties to submit supplemental briefs on the application of the Supreme Court's decision in *Maryland v. King*;

WHEREAS, the parties' supplemental briefs are currently under consideration before the en banc panel;

WHEREAS, by agreement of the parties, counsel request a continuance of approximately 85 days;

NOW THEREFORE, the parties, by and through their undersigned counsel,

///

///

///

///

CASE NO. C 09-4779 CRB -1- STIPULATION AND [PROPOSED] ORDER RE: CONTINUANCE OF CMC

hereby stipulate and agree that the August 9, 2013 CMC shall be continued, and that a CMC shall be held on November 1, 2013 at 8:30 a.m. Should an earlier date become necessary or appropriate by any further action of the Ninth Circuit, the parties will contact the Court.

DATED: July 30, 2013          PAUL HASTINGS LLP

                              By:        /s/ Peter C. Meier
                                             Peter C. Meier

                              Attorneys for Plaintiffs
                              ELIZABETH AIDA HASKELL, REGINALD ENTO,
                              JEFFREY PATRICK LYONS, JR., and AAKASH DESAI,
                              on behalf of themselves and others similarly situated

DATED: July 30, 2013          OFFICE OF THE ATTORNEY GENERAL

                              By:        /s/ Daniel J. Powell
                                             Daniel J. Powell
                                          Deputy Attorney General

                              Attorneys for Defendants
                              KAMALA D. HARRIS, Attorney General of California and
                              EVA STEINBERGER, Assistant Bureau Chief for DNA
                              Programs, California Department of Justice

I attest that concurrence in the filing of this document has been obtained from Daniel J. Powell, attorney for defendants Kamala D. Harris and Eva Steinberger.

DATED: July 30, 2013          PAUL HASTINGS LLP

                              By:        /s/ Peter C. Meier
                                             Peter C. Meier

                              Attorneys for Plaintiffs
                              ELIZABETH AIDA HASKELL, REGINALD ENTO,
                              JEFFREY PATRICK LYONS, JR., and AAKASH DESAI,
                              on behalf of themselves and others similarly situated

CASE NO. C 09-4779 CRB       -2-       STIPULATION AND [PROPOSED] ORDER
                                           RE: CONTINUANCE OF CMC

## **ORDER**

The Court has considered the above Stipulation, and good cause appearing therefore, the Court hereby ORDERS as follows: The August 9, 2013 CMC shall be continued, and a Case Management Conference shall be held on November 1, 2013 at 8:30 a.m.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: August 1, 2013



_____
HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

LEGAL_US_W # 75810514.1