PETER C. MEIER (SB# 179019) petermeier@paulhastings.com
PAUL HASTINGS LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA 94105-3441
Telephone: (415) 856-7000
Facsimile: (415) 856-7100

MICHAEL T. RISHER (SB# 191627) mrisher@aclunc.org
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF
NORTHERN CALIFORNIA, INC.
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437

Attorneys for Plaintiffs
ELIZABETH AIDA HASKELL, REGINALD ENTO,
JEFFREY PATRICK LYONS, JR., and AAKASH DESAI,
on behalf of themselves and others similarly situated

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELIZABETH AIDA HASKELL, REGINALD ENTO, JEFFREY PATRICK LYONS, JR., and AAKASH DESAI, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>KAMALA D. HARRIS, Attorney General of California; EVA STEINBERGER, Assistant Bureau Chief for DNA Programs, California Department of Justice,<br><br>Defendants. | Civil Case No. C 09-4779 CRB<br><br>**CLASS ACTION**<br><br>**STIPULATION AND ORDER RE: CONTINUANCE OF CASE MANAGEMENT CONFERENCE**<br><br>Date: November 1, 2013<br>Time: 8:30 a.m.<br>Dept.: Courtroom 8, 19th Floor<br><br>Honorable Charles R. Breyer<br><br>Complaint Filed: October 7, 2009<br>First Am. Complaint Filed: December 1, 2009 |

Plaintiffs Elizabeth Aida Haskell, Reginald Ento, Jeffrey Patrick Lyons, Jr., and Aakash Desai, and Defendants Kamala D. Harris, Attorney General of California, and Eva Steinberger, Assistant Bureau Chief for DNA Programs, California Department of Justice, by and through their counsel, hereby agree and stipulate as follows:

WHEREAS, the parties have a Case Management Conference ("CMC") currently scheduled for November 1, 2013 at 8:30 a.m.;

WHEREAS, on September 19, 2012, an en banc panel of the Ninth Circuit reheard the pending appeal of this Court's order;

WHEREAS, on November 9, 2012, the Supreme Court granted certiorari in another case addressing whether the Fourth Amendment allows the states to collect and analyze DNA from people arrested and charged with serious offenses, *King v. Maryland*, 42 A.3d 549 (Md. 2012), cert. granted, 81 U.S.L.W. 3127 (U.S. Nov. 9, 2012), and held argument on February 26, 2013;

WHEREAS, on November 13, 2012, the Ninth Circuit deferred submission of this case pending the U.S. Supreme Court's decision in *Maryland v. King*;

WHEREAS, on June 3, 2013, the Supreme Court issued its decision in *Maryland v. King*, 133 S. Ct. 1236 (2013);

WHEREAS, on June 12, 2013, the Ninth Circuit ordered the parties to submit supplemental briefs on the application of the Supreme Court's decision in *Maryland v. King*;

WHEREAS, the parties' supplemental briefs are currently under consideration before the en banc panel;

WHEREAS, on August 14, 2013, the Ninth Circuit ordered that the case be re-argued before the en banc court during the week of December 9, 2013;

WHEREAS, by agreement of the parties, counsel request a continuance of approximately 99 days;

NOW THEREFORE, the parties, by and through their undersigned counsel,

///

///

CASE NO. C 09-4779 CRB -1- STIPULATION AND [PROPOSED] ORDER RE: CONTINUANCE OF CMC

hereby stipulate and agree that the November 1, 2013 CMC shall be continued, and that a CMC shall be held on February 7, 2014 at 8:30 a.m.  Should an earlier date become necessary or appropriate by any further action of the Ninth Circuit, the parties will contact the Court.


DATED: October 16, 2013    PAUL HASTINGS LLP

By:  /s/ Peter C. Meier
             Peter C. Meier

Attorneys for Plaintiffs
ELIZABETH AIDA HASKELL, REGINALD ENTO, JEFFREY PATRICK LYONS, JR., and AAKASH DESAI, on behalf of themselves and others similarly situated

DATED: October 16, 2013    OFFICE OF THE ATTORNEY GENERAL

By:  /s/ Enid A. Camps
             Enid A. Camps
          Deputy Attorney General

Attorneys for Defendants
KAMALA D. HARRIS, Attorney General of California and EVA STEINBERGER, Assistant Bureau Chief for DNA Programs, California Department of Justice

I attest that concurrence in the filing of this document has been obtained from Enid A. Camps, attorney for defendants Kamala D. Harris and Eva Steinberger.


DATED: October 16, 2013    PAUL HASTINGS LLP

By:  /s/ Peter C. Meier
             Peter C. Meier

Attorneys for Plaintiffs
ELIZABETH AIDA HASKELL, REGINALD ENTO, JEFFREY PATRICK LYONS, JR., and AAKASH DESAI, on behalf of themselves and others similarly situated

CASE NO. C 09-4779 CRB    -2-    STIPULATION AND [PROPOSED] ORDER RE: CONTINUANCE OF CMC

**ORDER**

The Court has considered the above Stipulation, and good cause appearing therefore, the Court hereby ORDERS as follows: The November 1, 2013 Case Management Conference shall be continued, and a Case Management Conference shall be held on February 7, 2014 at 8:30 a.m.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _October 17, 2013



HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE