1  PETER C. MEIER (SB# 179019) petermeier@paulhastings.com
   PAUL HASTINGS LLP
2  55 Second Street
   Twenty-Fourth Floor
3  San Francisco, CA  94105-3441
   Telephone:  (415) 856-7000
4  Facsimile:  (415) 856-7100

5  MICHAEL T. RISHER (SB# 191627) mrisher@aclunc.org
   AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF
6  NORTHERN CALIFORNIA, INC.
   39 Drumm Street
7  San Francisco, CA 94111
   Telephone:  (415) 621-2493
8  Facsimile:  (415) 255-8437

9  Attorneys for Plaintiffs
   ELIZABETH AIDA HASKELL, REGINALD ENTO,
10 JEFFREY PATRICK LYONS, JR., and AAKASH DESAI,
   on behalf of themselves and others similarly situated

11

12

13                      UNITED STATES DISTRICT COURT

14                FOR THE NORTHERN DISTRICT OF CALIFORNIA

15                           SAN FRANCISCO DIVISION

16

| | |
|---|---|
| 17  ELIZABETH AIDA HASKELL, REGINALD ENTO, JEFFREY PATRICK LYONS, JR., and AAKASH DESAI, on behalf of themselves and others similarly situated, | Civil Case No.  C 09-4779 CRB |
| 18 | **CLASS ACTION** |
| 19 | |
| 20         Plaintiffs, | **STIPULATION AND ORDER RE: CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |
| 21     vs. | |
| 22  KAMALA D. HARRIS, Attorney General of California; EVA STEINBERGER, Assistant Bureau Chief for DNA Programs, California Department of Justice, | Date:  February 7, 2014<br>Time:  8:30 a.m.<br>Dept.:  Courtroom 8, 19th Floor |
| 23 | |
| 24         Defendants. | Honorable Charles R. Breyer |
| 25 | Complaint Filed:  October 7, 2009<br>First Am. Complaint Filed:  December 1, 2009 |
| 26 | |

27

28

Plaintiffs Elizabeth Aida Haskell, Reginald Ento, Jeffrey Patrick Lyons, Jr., and Aakash Desai, and Defendants Kamala D. Harris, Attorney General of California, and Eva Steinberger, Assistant Bureau Chief for DNA Programs, California Department of Justice, by and through their counsel, hereby agree and stipulate as follows:

WHEREAS, the parties have a Case Management Conference ("CMC") currently scheduled for February 7, 2014 at 8:30 a.m.;

WHEREAS, on September 19, 2012, an en banc panel of the Ninth Circuit reheard the pending appeal of this Court's order;

WHEREAS, on November 9, 2012, the Supreme Court granted certiorari in another case addressing whether the Fourth Amendment allows the states to collect and analyze DNA from people arrested and charged with serious offenses, *King v. Maryland*, 42 A.3d 549 (Md. 2012), cert. granted, 81 U.S.L.W. 3127 (U.S. Nov. 9, 2012), and held argument on February 26, 2013;

WHEREAS, on November 13, 2012, the Ninth Circuit deferred submission of this case pending the U.S. Supreme Court's decision in *Maryland v. King*;

WHEREAS, on June 3, 2013, the Supreme Court issued its decision in *Maryland v. King*, 133 S. Ct. 1236 (2013);

WHEREAS, on June 12, 2013, the Ninth Circuit ordered the parties to submit supplemental briefs on the application of the Supreme Court's decision in *Maryland v. King*;

WHEREAS, on December 9, 2013, an en banc court heard the argument of the parties on their supplemental briefs;

WHEREAS, the parties' supplemental briefs are currently under consideration before the en banc panel;

WHEREAS, by agreement of the parties, counsel request a continuance of approximately 99 days;

NOW THEREFORE, the parties, by and through their undersigned counsel,

///

///

CASE NO. C 09-4779 CRB -1- STIPULATION AND [PROPOSED] ORDER RE: CONTINUANCE OF CMC

hereby stipulate and agree that the February 7, 2014 CMC shall be continued, and that a CMC shall be held on May 16, 2014 at 8:30 a.m. Should an earlier date become necessary or appropriate by any further action of the Ninth Circuit, the parties will contact the Court.

DATED: January 23, 2014    PAUL HASTINGS LLP

By:  /s/ Peter C. Meier
         Peter C. Meier

Attorneys for Plaintiffs
ELIZABETH AIDA HASKELL, REGINALD ENTO, JEFFREY PATRICK LYONS, JR., and AAKASH DESAI, on behalf of themselves and others similarly situated

DATED: January 23, 2014    OFFICE OF THE ATTORNEY GENERAL

By:  /s/ Enid A. Camps
         Enid A. Camps
         Deputy Attorney General

Attorneys for Defendants
KAMALA D. HARRIS, Attorney General of California and EVA STEINBERGER, Assistant Bureau Chief for DNA Programs, California Department of Justice

I attest that concurrence in the filing of this document has been obtained from Enid A. Camps, attorney for defendants Kamala D. Harris and Eva Steinberger.

DATED: January 23, 2014    PAUL HASTINGS LLP

By:  /s/ Peter C. Meier
         Peter C. Meier

Attorneys for Plaintiffs
ELIZABETH AIDA HASKELL, REGINALD ENTO, JEFFREY PATRICK LYONS, JR., and AAKASH DESAI, on behalf of themselves and others similarly situated

**ORDER**

The Court has considered the above Stipulation, and good cause appearing therefore, the Court hereby ORDERS as follows: The February 7, 2014 Case Management Conference shall be continued, and a Case Management Conference shall be held on May 16, 2014 at 8:30 a.m.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: Janaury 24, 2014



HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

CASE NO. C 09-4779 CRB   -3-   STIPULATION AND [PROPOSED] ORDER RE: CONTINUANCE OF CMC