United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ELIZABETH A. HASKELL and
REGINALD ENTO,

          Plaintiffs,

  v.

EDMUND G. BROWN JR., et al.,

          Defendants.

_____/

No. C 09-04779 CRB

**ORDER RE PENDING MOTIONS**

      Good cause appearing therefor, and in keeping with the Court's instructions at the May 16, 2014 case management conference, the Court hereby REMOVES Plaintiffs' Motion to Create Subclasses (dkt. 146) from the calendar, and VACATES the briefing schedule as to that Motion.  The Court further RE-SETS the hearing date for Defendants' Motion for Judgment on the Pleadings (dkt. 151) for Friday, October 10, 2014.

Dated:  July 28, 2014

                                 _____
                                 CHARLES  R. BREYER
                                 UNITED STATES DISTRICT JUDGE