IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH A. HASKELL and REGINALD ENTO,<br><br>  Plaintiffs,<br><br>  v.<br><br>EDMUND G. BROWN JR., et al.,<br><br>  Defendants.     / | No. C 09-04779 CRB<br><br>**ORDER STAYING CASE** |

In light of the California Court of Appeal's decision today in People v. Buza, this case is hereby STAYED pending final resolution of state law.

Dated: December 3, 2014

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2009\4779\order staying.wpd